**Order entered August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00487-CR

**ANTHONY EARL LIGHTNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F-1360367-X**

## ORDER

The reporter's record in this appeal, filed July 29, 2016, does not contain the State's Exhibit No. 1, the DVD of the security video. The Court **ORDERS** court reporter Cherie Williams to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a certified copy of State's Exhibit No. 1.

We **DIRECT** the Clerk to send copies of this order to Cherie Williams, official court reporter, Criminal District Court No. 6, and to counsel for all parties.

/s/    ADA BROWN
       JUSTICE